

Christopher Milito
Partner
(212) 735-8600
cmilito@morrisoncohen.com

August 13, 2024

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



Re:   *Elizabeth Sawyer v. John Breglio*, Case No. 1:24-cv-01686-KPF

Dear Judge Failla:

Our firm is counsel to Plaintiff Elizabeth Sawyer in the above-captioned discontinued action. There is a conference in this case presently scheduled for August 15, 2024 at 10am. Unfortunately, I am scheduled to argue a summary judgment motion in person at 9:30 am in Kings County that day. I write to inquire whether it would be possible to move the conference in this case to the afternoon of the 15th. I have contacted counsel for the defendants, who do not object to the request. I apologize for any inconvenience this request may cause and appreciate the Court's consideration of it.

Thank you.

Respectfully submitted,

Christopher Milito

cc:   All counsel of record (by e-filing)

#13225044v1\030308\0001

Morrison Cohen LLP | 909 Third Avenue | New York, NY 10022-4784 | P 212.735.8600 | F 212.735.8708 | morrisoncohen.com

Application GRANTED.  The pre-motion conference currently scheduled for August 15, 2024, at 11:00 a.m., is hereby ADJOURNED to **August 15, 2024, at 3:30 p.m.**  The dial-in information remains the same:  At 3:30 p.m., the parties shall call (888) 363-4749 and enter access code 5123533.

The Clerk of Court is directed to terminate the pending motion at docket entry 27.

Date:     August 14, 2024          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE